UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANGIE ESPINAL, *on behalf of herself and all others similarly situated*,

                       Plaintiffs,

           – against –

JE PREMIERE, INC.,

                       Defendant.

**ORDER**

25-cv-02115 (ER)

Ramos, D.J.:

      Frangie Espinal brought this action against Je Premiere, Inc. on March 13, 2025. Doc. 1. On March 14, 2025, electronic summons was issued as to Je Premiere. Doc. 5. Since then, there has been no activity in this case.

      Espinal is directed to submit a status letter by no later than August 7, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated:  July 30, 2025
          New York, New York

                                                                EDGARDO RAMOS, U.S.D.J.